Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

for the

Eastern District of Arkansas

AUG 28/2024

_____ Division

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

ROBERT T. ALLEN III
RICHARD SHEPPARD ARNOLD Court Clerk
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

LRPD Officer SETH Thomas
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:24cv731-BSM
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

This case assigned to District Judge _Miller_
and to Magistrate Judge _Ervin_

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Allen III #01985-21 |
| Street Address | Pulaski County Regional Detention Facility |
| City and County | Little Rock, Pulaski |
| State and Zip Code | Arkansas    72204 |
| Telephone Number | 35 Wellford Drive LR, AR   72209 |
| E-mail Address | Allrob9@yahoo.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — LRPD Officer Seth Thomas

Job or Title *(if known)*

Street Address — 615 West Markham Street

City and County — Little Rock    Pulaski

State and Zip Code — Arkansas    72201

Telephone Number — 501. 371.4605

E-mail Address *(if known)*

**Defendant No. 2**

Name — Mike Patel

Job or Title *(if known)* — Regional Store Director

Street Address — Subways  1 Cooperative Way

City and County — Little Rock    Pulaski

State and Zip Code — Arkansas    72209

Telephone Number — 501. 371.4829

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* __ROBERT J. Allen III__ , is a citizen of the State of *(name)* __ARKANSAS__ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* __SETH THOMAS__ , is a citizen of the State of *(name)* __ARKANSAS__ . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, *(name)* __Little Rock Police Dept__ , is incorporated under

the laws of the State of *(name)* __ARKANSAS__ , and has its

principal place of business in the State of *(name)* __ARKANSAS__ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Upon the ARKANSAS citizenship MAXIMUM financial Recovery, it is my intention to Achieve obtainment of lump sum foreficiture $120,000.00 within SUBWAYs sandwiches and SETH Thomas from illegal withholding since its establishment.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

To my knowledge, No greivances or inquisition exist At this time, since LRPD Incident #17-134520, 10.25.17 Robbery Restitution $15,000.00 payable to ROBERT Allen III, personal account REGIONS BANK deposit presentation interruption in order to not leave me in want of previous payment arrangements at my GEYER SPRINGS PLAZA, 7212 Geyer Springs Road.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am Due $120,000.00 Based on SUBWAYs, 7212 Geyer Springs Road LR AR 72209 established employment location income $7.50 per 40 hours weekly to Receive SUBWAYs sandwiches shop first of the month, first week understanding and cooperation weekly pay and income.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        _08.21.24_

Signature of Plaintiff    _____

Printed Name of Plaintiff    ROBERT J. New III

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number            _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

ROBERT T. ALLEN III
11149 South EdBROOKE Street
CHICAGO, IL 60628
773.774.0730
RE: DUE to COOK County CHICAGO,
ILLINOIS, CASE No. #2024.P000299
NATURAL CASUAL ACQUAINTANCE writing
REGARDS, I EXTEND INVITATION to
FORWARD prerelease INQUISITION to
SOCIAL SECURITY ADMINISTRATION
1.800.772.1213
(SSI) monthly direct deposit
$10,000.00 (TEN thousAND dollars)
REINSTATEMENTS, DEPARTMENT of
HUMAN SERVICES food stamps (SNAP)
EBT CARD MONTHLY $217 pay INCOME,
GIRLSCOUTS of AMERICA girl scouts
cookies ANNUAL order RESERVATION
(3) THREE boxes Tagalongs,
(1) one box SAMOAs, (3) three boxes Dosidos
(1) one box TREFoils
ANNUAL order delivery.
Confirmation NUMBER 916.947.5056
AND (1) ONE GOVERNMENTAL ASSISTANCE
Purchase Bill of Sales presentation
to possession (1) ONE White 2003
LINCOLN TownCar equipped to
22" inches CHROME CUSTOMIZED
PLAYER 999 RIM set ON TIRES.
ATTENTION: I AM IN NEED of legal
COMMUNICATION AND CASUAL
ACQUAINTANCE ASSISTANCE to Result
to TASK accomplishment within
NECESSARY. RESPOND SOON.
R Prt-2 All III

Office of COURT CLERK
RICHARD SHEPPARD ARNOLD COURThouse
600 West CAPITOL, SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325
501.604.5351
DEAR COURT CLERK:
     I will be HAPPY if RICHARD S. ARNOLD
gives FORWARD progress faithful
COMMUNICATION to my ARKANSAS
CITIZENSHIP RESTORATION MAXIMUM
FINANCIAL RECOVERY.
     Feel free to ACCEPT obligation AS
legal ACQUAINTANCE to EXTEND
CORRESPONDENT INFORMATION, BUSINESS
CARD, reply, AND NEXT COURSE of ACTION
disclosures IN INTENT to CONTINUAL
COMMUNICATION AS TASK ACCOMPLISHMENT
VIA IDENTIFICATION.
     PROVIDE ME INMATE ACCOUNT VALUE
RESTORATION to privilege. #01985-21
05.28.24 1,182 PCRDF days.
Pulaski County ADMINISTRATION
NOTIFICATION to discipline AND
$500,000.00 judgement AWARD
CUSTOMER ACCOUNT REGIONS BANK
800.REGIONS personal deposit
APPROVAL RESPONSE NEEDED.
Allow ME legal MATTER COMMUNICATION
for provision of MONETARY gain IN
duration to TASK ACCOMPLISHMENT
for $500,000.00 (Five hundred
THOUSAND dollars) judgMENT AWARD
to personal REGIONS BANK customer
ACCOUNT deposit approval thru
PCRDF #01985-21 detAINMENT
RELEASE TIME AND DATE RESPONSE
RESPONSE loyAl ACTS.
DATE of RELEASE REQUESTED.
07.04.24    R Prt-2 All III

Office of CRISTAL NEWTON, DEP. CLERK
RICHARD SHEPPARD ARNOLD COURTHOUSE
600 WEST CAPITOL AVE  A-149 SUITE
Little Rock, AR 72201  501.604.5351
ROBERT T. ALLEN III
PULASKI COUNTY REGIONAL DETENTION Facility
#01985-21
500 AMITY ROAD  PMB 53 SUITE 5B
CONWAY, AR  72032
RE: IF ANY INFORMATION IS NEEDED
for TASK ACCOMPLISHMENT, PCRDF
VISITATIONS ARE daily weekly.
U-UNIT INMATES. U-UNIT, cell 414.
I ADMIT NEED of NECESSARY constructed
scheduled appearance DATE day
AND TIME for AVAILABLE conversation
ALLOWANCE AND EX-felon CRIMINAL
background EXPUNGEMENT GAIN
legal ACQUAINTANCE ASSISTANCE
onto ROBERT ALLEN III (BOBBY)
#01985-21, U-unit, cell 414, VACCINATED
ARKANSAS employer ROBERT T. ALLEN III
to INFLUENCE ADVISORY to acKNoWledge
my ABSENCE to ACQUAINTANCE IN
INTENTION to obtain ARKANSAS
CITIZENSHIP MAXIMUM FINANCIAL
RECOVERY WITHIN COMMUNICATION
directed to current welfare to
FORM AND WRITTEN EXPLANATION to
INCLUSION for legal MATTERS TASK
AND UPDATE AND supervisory.
ATTENTION! I AM ROBERT T. ALLEN III
414 EAST CAPITOL AVENUE #219
LITTLE ROCK, AR 72201
COMMUNICATION REQUIRED.
                          SINCERELY
                       R Robt 2 All III
07.04.24        ROBERT T. ALLEN III

RICHARD SHEPPARD ARNOLD U.S. Court
600 WEST CAPITOL AVENUE  A-149
Little Rock, AR  72201
ROBERT T. ALLEN III
Pulaski County Regional Detention Facility
3201 WEST Roosevelt ROAD, U-414
Little Rock, AR  72204  $55.00 CSG pay.com
DEAR TAMMY H. DOWNS, DEPUTY Clerk
    My NAME IS ROBERT T. ALLEN III,
IN filed GRIEVANCE FORM AND WRITTEN
EXPLANATION At loss of INCOME (keyosk
PCRDF #01985-21 $525.29 INMATE
ACCOUNT), UNDUE MENTAL STRESS, AND
breach of friendly ACQUAINTANCE,
CASE No. LRCR 17-4871, 17-4162
Judge L. COMPTON 08.08.23 CONCLUSION
custody detainment 07.03.24 IN
WRITTEN REQUEST for package delivery
of (110) COUNT stamped personal
SECURITY ENVELOPES.
I AM ROBERT T. ALLEN III
414 EAST CAPITOL AVENUE #219
Little Rock, AR  72201
RESPOND SOON within (10) days of this
letter. Approval response required.
PROVIDE ORIGINAL stamped blank (110)
PERSONAL SECURITY ENVELOPES.
ORIGINAL (110) stamped envelopes
desired. RESPOND SOON.
PROVIDE ORIGINAL (110) stamped blank
personal security envelopes directly
to the PCRDF facility within (10) days.
I AM ROBERT T. ALLEN III
35 WELLFORD DRIVE
LITTLE ROCK, AR  72209

R Robt 2 All III          07.04.24

OFFICE of COURTS CLERK
RICHARD SHEPPARD ARNOLD U.S. COUER House
DESK of TAMMY H. DOWNS, CLERK
600 W. CAPITOL AVENUE
Little Rock, AR 72201
DEAR Legal ALQUAINTANCE,

Upon receipt of this Notification
to legal COMMUNICATION to REACh
breach of friendly ALQUAINTANCE
CHARLIE D. SMITH At POWER of ATTORNEY
selection UNDERSTANDING to gain of
PERSONAL ACLOANT MONEY value
$40,000.00 (FORTY THOUSAND dollars)
forefeiture legal Act through FRIEND
VISITATION CHARLIE D. SMITH, For Roots
VA Hospital employee At 200 N. Fillmore
Street #4, Little Rock, AR 72205
501.478.5378 MAIl RELOGNITION
AND DIRECT COMMUNICATION
CSGPAY.COM And
WESTERN UNION MONEY orders
payable to ROBERT ALLEN III #
U-414 Pulaski County Regional 01985-21,
DETENTION Facility, CAll 9-1-1 to Reach
loCATE AND Address breach of friendly
ALQUAINTANCE CHARLIE D. SMITH
about this ISSUE to Address this ISSUE
I AM DUE $40,000.00 IN INCLUSIVE RESPONSE
of VA-PCROF ordeal for understanding
AND friendly ALQUAINTANCE, REPAIR.
you OWE ME $40,000.00 (FORTY THOUSAND
dollars) INto my REGIONS BANK personal
CUSTOMER ACLOUNT upon first MONDAY
INto Pulaski County Regional DETENTION
Facility #01985-21 detAINMENT RELEASE

for cooperation and any advisory task accomplishment and update to deposit presentation to account deposit REGIONS BANK personal SSN. # ENDING 2194 CUSTOMER ATM BANK withdrawal CARD ACCOUNT deposit RECEIPT and its disclosure.

It is apparent that stipulation claimant could not adhere to oral communication understanding and cooperation within SITUATED timeline for provision adjustments to legal acts of FORT Roots VA employment INCOME forefeiture of MONEY value $90,000.00 to gain of personal access daily SUPERVISION FINANCE MANAGEMENT available personal ACCOUNT through presentation to possession of KEY, garage holdings, and personal items, and MONEY VALUE ACCUMULATION at property consultation 200 North Fillmore Street #4, Little Rock, AR 72205 501.478.5378.

You owe me $250.00 (TWO HUNDRED fifty dollars) CSGPAY.com MONEYGRAM money orders payable to ROBERT ALLEN III # 01985-21 I am ROBERT T. ALLEN III 35 WELLFORD DRIVE Little Rock, AR 72209

TRULY YOURS,

R Rob J all III

ROBERT T. ALLEN III

07.01.24