IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT T. ALLEN, III**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:24-CV-00731-BSM**

**SETH THOMAS,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of March, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE